1040

*In the Matter of the Marriage of* JULIANNA P. NOBLE, *Respondent*, and E. LEE NOBLE III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-3-08086-6, Monica J. Benton, J., entered November 22, 2013. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Lau, J., concurred in by Schindler and Dwyer, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DARRIN MARTINS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 14-1-00881-6, Deborra Garrett, J., entered October 22, 2014. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Cox and Leach, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ERIKA ANNE SOERENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-12422-6, Regina S. Cahan, J., entered January 9, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Appelwick and Dwyer, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LYNN PROCK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-01034-1, Anita L. Farris, J., entered February 12, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Dwyer, JJ.